# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 7666617 | Starkey | 1308 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | CFR | USC | State Code |
|---|---|---|---|---|
| 5/29/21 9:45pm | 36 CFR 2.35(b)(2) | | | |

Place of Offense: Joshua Tree National Park Cottonwood Campground #B25

Offense Description: Possession of controlled substance - LSD & mushrooms

**DEFENDANT INFORMATION**

Last Name: Ha
First Name: Tuong
MI: Trieu

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8TFD161 | CA | — | Subaru | | White |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

N/A

$ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ Total Collateral Due

**YOUR COURT DATE**

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 29, 2021 while exercising my duties as a law enforcement officer in the Central District of California.

The foregoing statement is based upon:
☒ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/05/2021

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge